JOHN W. HUBER, United States Attorney (No. 7226)
MATTHEW L. BELL, Assistant United States Attorney (No. 9840)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435)634-4264

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:16-CR-00059-001-TS |
| Plaintiff, | : | |
| v. | : | POSITION OF THE UNITED STATES |
| | : | WITH RESPECT TO SENTENCING |
| | : | FACTORS |
| MICHAEL TROY HODGES, | : | |
| Defendant | | |

      The United States, by and through the undersigned Assistant United States Attorney, and pursuant to the District of Utah Criminal Rule 32-1(b), declares that it has no objections to the Presentence Report in the above-entitled matter. Furthermore, the United States is unaware of

any disputed matters between the United States and defendant with respect to the Presentence Report.

DATED this 18th day of August, 2016.

JOHN W. HUBER
United States Attorney


*/s/  Matthew L. Bell*_____
MATTHEW L. BELL
Assistant United States Attorney